IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNICATIONS TEST DESIGN, INC., ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 2:18-cv-04077-GJP |
| ) | |
| v. ) | |
| ) | |
| CONTEC, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER OR STAY PLAINTIFF'S COMPLAINT**

Pursuant to 28 U.S.C. § 2201, Defendant Contec, LLC ("Contec") hereby moves to dismiss Plaintiff Communication Test Design, Inc.'s ("CTDI's") Complaint, which seeks declaratory judgments of non-infringement as to two Contec patents. As set forth more fully in Contec's supporting memorandum of law, CTDI filed this action in bad faith during active licensing discussions, only after inducing Contec to refrain from filing its own complaint against CTDI in a different forum. Consequently, this Court should decline to exercise its declaratory judgment jurisdiction and dismiss Plaintiff's Complaint in favor of Contec's patent infringement suit in the United States District Court for the Northern District of New York ("the New York Action"), which was filed within days of learning that CTDI's agreement to engage in discussions was merely a tactical maneuver in an attempt to secure venue.

In the alternative, Contec requests that this case be (i) transferred, pursuant to 28 U.S.C. 1404(a), to the United States District Court for the Northern District of New York for consolidation with the New York Action, or (ii) at a minimum, stayed pending the conclusion of the New York Action.

120523594_1

The facts and authorities in support of this motion are set forth in the accompanying memorandum of law.

                Respectfully submitted,

Dated: November 13, 2018        */s/ James J. Rodgers*
                                   James J. Rodgers, Esquire
                                   PA Attorney Id No. 21635
                                   jrodgers@dilworthlaw.com
                                   Mark W. Halderman, Esquire
                                   PA Attorney Id No. 307229
                                   mwhalderman@dilworthlaw.com
                                   **DILWORTH PAXSON LLP**
                                   1500 Market Street, Suite 3500E
                                   Philadelphia, PA 19102-2101
                                   (215) 575-7000 (Tel)
                                   (215) 575-7200 (Fax)

                                   Coby S. Nixon
                                   *Pro hac vice* application to be filed
                                   cnixon@taylorenglish.com
                                   Seth K. Trimble
                                   *Pro hac vice* application to be filed
                                   strimble@taylorenglish.com
                                   **TAYLOR ENGLISH DUMA LLP**
                                   1600 Parkwood Circle, Suite 400
                                   Atlanta, Georgia 30339
                                   Phone: (770) 434-6868
                                   Facsimile: (770) 434-7376

                                   *Attorneys for Defendant Contec, LLC*

120523594_1