IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNICATIONS TEST DESIGN, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CONTEC LLC, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 18-4077 |

## ORDER

**AND NOW**, this 15th day of February, 2019, after consideration of Defendant's Motion to Dismiss, or in the Alternative, Transfer or Stay Plaintiff's Complaint, (ECF No. 5), Plaintiff's Response, (ECF No. 9), and Defendant's Reply, (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED**. The case is dismissed and the Clerk of Court is instructed to close it.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.